IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IVORY EDWARDS, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-14-2712 |
| § | |
| SHABANA MOTORS, LLC, § | |
| § | |
| Defendant. § | |

ORDER GRANTING DEFENDANT SHABANA MOTORS, LLC'S
MOTION TO VACATE DEFAULT JUDGMENT
AND SETTING PRETRIAL CONFERENCE

Defendant Shabana Motors, LLC filed a motion to vacate default judgment. (Docket Entry No. 10). The plaintiffs did not respond. The motion and exhibits establish the basis for the relief sought. The court grants the motion and vacates the final default judgment (Docket Entry No. 9) entered on April 29, 2015.

A pretrial conference is set for **July 27, 2015, at 8:30 a.m.** in Courtroom 11-B. Counsel must provide all parties notice of this order and setting even if it appears that the court has provided notice.

SIGNED on July 7, 2015, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge